No. 63. ALLIED PAINT & COLOR WORKS, INC., *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert D. Witte* and *Daniel H. Greenberg* for petitioner. *Solicitor General Cox* for the United States.

No. 103. GULF/MEDITERRANEAN PORTS CONFERENCE ET AL. *v.* FEDERAL MARITIME COMMISSION ET AL.; and

No. 166. FAR EAST CONFERENCE ET AL. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph M. Rault* and *Walter Carroll* for petitioners in No. 103. *Herman Goldman, Elkan Turk* and *Elkan Turk, Jr.* for petitioners in No. 166. *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel* and *Irwin A. Seibel* for the United States. *Robert E. Mitchell* for the Federal Maritime Commission, and *Shelby Fitze, Delmar W. Holloman* and *James T. Welch* for Kempner et al., respondents. Reported below: 114 U. S. App. D. C. 195, 313 F. 2d 586.

No. 124. JAKOBSON *v.* LEVIN ET AL. C. A. 2d Cir. Certiorari denied. *David W. Kahn* for petitioner. *George C. Levin* for respondents.

No. 125. LAMB ET AL. *v.* BLAU ET AL. C. A. 2d Cir. Certiorari denied. *Jerome M. Stember* for petitioners. *Morris J. Levy* for respondents.

No. 126. CHESAPEAKE & OHIO RAILWAY CO. ET AL. *v.* CRUZ. C. A. 7th Cir. Certiorari denied. *Russel J. Wildman* and *Stanley A. Tweedle* for petitioners. *Saul I. Ruman* for respondent.